PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Dekita Bass            Docket No. 0650 3:13CR00145 - 1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Dariel Blackledge-White, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dekita Bass who was placed under pretrial release supervision by the Honorable John S. Bryant, U.S. Magistrate Judge sitting in the Court at **Nashville, Tennessee**, on August 27, 2013, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

| Dariel Blackledge-White | Nashville, TN | September 9, 2013 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

Next Scheduled Court Event: **Trial** — November 05, 2013
Event / Date

## PETITIONING THE COURT

☒ No Action            ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant   ☐ Other

THE COURT ORDERS:
☒ No Action
☐ The Issuance of a Warrant.
   ☐ Sealed Pending Warrant Execution
   (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☐ A Hearing on the Petition is set for

_____  _____
Date                Time

Considered and ordered this **9th** day of **September, 2013**, and ordered filed and made a part of the records in the above case.

_____
Honorable John S. Bryant
U.S. Magistrate Judge

Honorable John S. Bryant
Petition for Action on
BASS, Dekita
Case No. 3:13-CR-00145
September 9, 2013

On August 27, 2013, the above referenced defendant was arrested in the Middle District of Tennessee, on a seven-count Indictment which charged her with the following counts, to wit:

    **Count 1:**    **Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349;**
    **Counts 2 - 4:**  **Bank Fraud, in violation of 18 U.S.C. § 1344; and**
    **Counts 5 -7:**  **False Statements to Obtain Loans, in violation of 18 U.S.C. § 1014.**

On the same date, the defendant appeared before Your Honor, and both parties agreed to the defendant's release on bond. Ms. Bass was ordered released on a personal recognizance bond with pretrial supervision.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: Refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; defendant shall notify Pretrial Services of any medication prescribed by a physician:**

On August 27, 2013, the defendant reported to Pretrial Services for her initial intake. At that time, she submitted a urine sample that was submitted to Alere Laboratories, located in Gretna, Louisiana, and was confirmed positive marijuana. Ms. Bass admitted she had smoked marijuana prior to her arrest for the instant federal offense.

**Current Status of Case:**

The defendant is scheduled for trial on November 5, 2013, at 9:00 a.m.

**Probation Officer Action:**

This officer has continued to encourage the defendant to remain drug free, and on August 27, 2013, Ms. Bass was placed in Phase 2 of the U.S. Probation Office's Code-a- Phone program, a program whereby defendants call daily to ascertain whether they need to report to the U.S. Probation and Pretrial Services Office to submit a urine screen.

2

Honorable John S. Bryant
Petition for Action on
BASS, Dekita
Case No. 3:13-CR-00145
September 9, 2013

Ms. Bass was informed that she would be required to complete a substance abuse assessment should she have any additional positive urine screens. She was informed that she would be required to participate in any recommended drug treatment.

**Respectfully Petitioning the Court as Follows**:

Although the defendant tested positive for marijuana at the time of her initial intake, she stated she smoked marijuana prior to her placement on Pretrial Supervision. Thus, Pretrial Services respectfully recommends that no action be taken at this time.

Assistant U.S. Attorney Hilliard Hester has been advised of the above violations.

Approved:

_William Burton Putman_
Supervisory U.S. Probation Officer

xc: Hilliard Hester, Assistant U.S. Attorney
     Michael Holley, Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><u>   Dekita Bass   </u><br>*Defendant* | )<br>)<br>)   Case No. 3:13-00145<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)*     <u>   to be notified   </u>
                                                                                             *Place*

<u>                         </u> on <u>                                       </u>
                                                                                                                                                                                              *Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✔ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(   ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
<u>                                                                                             </u> dollars ($ <u>                  </u> )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

**Additional Conditions of Release for Dekita Bass**

Defendant must:

KB. (a) Report to the U.S. Pretrial Services as directed;
KB (b) Seek and/or maintain verifiable employment;
LB (c) Surrender all passports to Pretrial Services;
KB (d) Obtain no new passports;
KB (e) Travel is restricted to the Middle District of Tennessee, without prior approval of pretrial services;
PB (f) Refrain from possessing a firearm, destructive device, or other dangerous weapons;
LB (g) Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner;
KB (h) Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening, or testing;
KB (i) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer;
KB (j) Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release;
KB (k) Report as soon as possible, but at least within 48 hours, to the pretrial services officer any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop;
KB (l) Permit pretrial services to visit you at home or elsewhere and permit confiscation of any contraband observed in plain view of the officer;
KB (m) Pretrial shall conduct a credit check to ensure the defendant does not open up any additional lines of credit.

*Dekita Bass*   8-27-13

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Dekita Bass_
*Defendant's Signature*

_Nashville, TN_
*City and State*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    August 27, 2013

_John Bryant_
*Judicial Officer's Signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL