ORDER:
Motion granted.
The Clerk is directed
to terminate the
government's motion
to continue hearing
as withdrawn.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-cr-00145 |
| | ) | |
| DEKITA BASS | ) | MAGISRATE JUDGE BRYANT |

GOVERNMENT'S MOTION TO WITHDRAW
REQUEST FOR CONTINUANCE OF HEARING

The government previously filed a motion to continue hearing in this matter set for 1:30 p.m. on November 7, 2013, due to an appearance conflict due to a previously set sentencing hearing. That sentencing hearing has since been continued, and as such the undersigned's conflict is resolved. The government therefore moves to withdraw its previously filed request to reset this matter.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

**s/Hilliard H. Hester**
HILLIARD H. HESTER
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151