ORDER:

Motion granted.
Hearing is RESCHEDULED
to December 11, 2013, at
10:00 A.M.

John Bryant,
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-cr-00145 |
| | ) | |
| DEKITA BASS | ) | MAGISRATE JUDGE BRYANT |

GOVERNMENT'S MOTION
TO CONTINUE REVOCATION HEARING FOR 30 DAYS

This matter was set for hearing on November 7, 2013, by order entered on October 28, 2013. On November 6, defendant filed a motion to exclude the opinion materials, unless the author is produced for cross-examination. The motion asserts as grounds that the interpretation of defendant's urine screens is flawed and inaccurate, due to the fact that defendant was a heavy, daily user of marijuana. In light of defendant's motion, the government requests a continuance of 30 days on the grounds set forth below.

First, the timing of defendant's provides the government with insufficient time to either respond in opposition, or alternatively to make arrangements for testimonial presentation by the toxicologist. Second, the toxicologist advises that the facts asserted in defendant's motion would cause her to revise her opinion. Third, if defendant's position is correct, continued urine screens should reflect continued reduction in THC levels in her system.