ORDER:
The Clerk is directed to terminate this motion as moot.
John Bryant, USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00145 |
| | ) | MAGISTRATE JUDGE BRYANT |
| | ) | DISTRICT JUDGE CAMPBELL |
| DEKITA BASS | ) | |

## AGREED MOTION TO CANCEL REVOCATION HEARING

Defendant Dekita Bass moves to cancel the revocation hearing that is scheduled for December 11, 2013. It is undersigned counsel's understanding that Ms. Bass has tested negative for controlled substances in urinalysis tests given on October 29, November 8, and November 18, 2013, that she is attending drug counseling, and that the Probation Office is not seeking any modification to the terms of her pretrial release. Accordingly, Bass respectfully requests that the Court cancel the hearing set for December 11. Counsel for the government, AUSA Hilliard Hester, has stated that he agrees with this request.

Respectfully submitted,

_s/ Michael C. Holley_
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Dekita Bass